IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JON EDWARD FEDONCZAK, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:10-cv-61-MEF-TFM |
| | ) |
| STATE FARM MUTUAL AUTOMOBILE | ) (WO - DO NOT PUBLISH) |
| INSURANCE COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the Motion of State Farm Mutual Automobile Insurance Company to Transfer Venue and Motion for Fourteen Day Extension Within Which to File Supplemental Affidavits in Support of Motion for Change of Venue (Doc. #7), it is hereby

ORDERED that

(1) The Motion for Fourteen Extension Day Within Which to File Supplemental Affidavits in Support of Motion for Change of Venue (Doc. #7) is GRANTED. Defendant State Farm Mutual Automobile Insurance Company may file supplemental affidavits in support of its motion for change of venue no later than 5:00 p.m. on Wednesday, March 3, 2010;

(2) All parties except the moving party shall be required to show cause why Defendant State Farm Mutual Automobile Insurance Company's Motion to Transfer Venue (Doc. #7) should not be granted by no later than 5:00 p.m. on Wednesday, March 17, 2010; and

(3) Defendant State Farm Mutual Automobile Insurance Company may file a reply by no later than 5:00 p.m. on Wednesday, March 24, 2010.

DONE this the 18th day of February, 2010.

                          /s/ Mark E. Fuller
                      CHIEF UNITED STATES DISTRICT JUDGE