IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JON EDWARD FEDONCZAK, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-cv-61-MEF |
| | ) | |
| KENNETH RAY GRISSOM | ) | |
| | ) | (WO-DO NOT PUBLISH) |
| Defendant. | ) | |

## **ORDER**

It is hereby ORDERED that the caption of this case is changed to reflect that this action is no longer pending against State Farm Mutual Automobile Insurance Company or against EMC Insurance Company.  (*See* Doc. # 59).  The parties are directed to use the new caption as it appears on this Order for all future submissions to this Court.

Done this the 19th day of January, 2011.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE